**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**
http://www.wawb.uscourts.gov

## CHANGE OF ADDRESS

**(See below for requirements of LBR 9011-1 relating to change of address or telephone number)**

CASE NAME: Kenneth and Valerie Studebaker          CASE NO: 11-11104

FOR:    \_\_\_\_   DEBTOR

        \_\_\_\_   JOINT DEBTOR

          X    CREDITOR

        \_\_\_\_   ATTORNEY   (**Please include Bar ID Number**)

NEW ADDRESS:

    NAME:    Green Point Funding

    ADDRESS: c/o Capital One
              Attn: General Correspondence
              PO Box 30285
              Salt Lake City, UT 84130-0285

    PHONE:

SIGNATURE:

_____   Date _____
Debtor

_____   Date _____
Joint Debtor

   /s/ Gloria Z. Nagler                     Date:
Attorney Gloria Z. Nagler WSBA 13176         July 26, 2011